# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

**ANDERSON FORREST**

)
*Plaintiff* )
)
v. )
) Civil Action No. 5:26-cv-02358-JMG
)
**EXPERIAN INFORMATION SOLUTIONS, INC.,** )
**EQUIFAX INFORMATION SERVICES, LLC,** )
**DISCOVER BANK** )
)

*Defendant*

## AFFIDAVIT OF SERVICE

I, James Morris, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Discover Bank in New York County, NY on April 16, 2026 at 3:22 pm at 28 Liberty St, New York, NY 10005 by leaving the following documents with Angelo Brown who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Discover Bank.

SUMMONS IN A CIVIL ACTION
COMPLAINT AND DEMAND FOR JURY TRIAL
CIVIL COVER SHEET FORM JS 44
DESIGNATION FORM
NOTICE OF AVAILABILITY OF COURT-ANNEXED MEDIATION
NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE
CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE
Race: Black or African American, Sex: Male, Est. Age: 45-54, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=40.7082201,-74.0092836
Photograph: See Exhibit 1

Total Cost: $105.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Kings County                        ,

NY        on    4/20/2026            .

/s/ *James Morris*

Signature
James Morris
+1 (347) 221-7808

