# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

**ANDERSON FORREST**

| | )
| --- |
*Plaintiff* | )

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**EQUIFAX INFORMATION SERVICES, LLC,**
**DISCOVER BANK**

*Defendant*

Civil Action No. 5:26-cv-02358-JMG

## AFFIDAVIT OF SERVICE

I, Abraham Okoro, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EQUIFAX INFORMATION SERVICES, LLC in Gwinnett County, GA on April 13, 2026 at 12:02 pm at 2 Sun Ct, Ste 400, Peachtree Corners, GA 30092-2865 by leaving the following documents with Aisha Smith who as MANAGER_ADMIN at CSC is authorized by appointment or by law to receive service of process for EQUIFAX INFORMATION SERVICES, LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT AND DEMAND FOR JURY TRIAL
CIVIL COVER SHEET FORM JS 44
DESIGNATION FORM
NOTICE OF AVAILABILITY OF COURT-ANNEXED MEDIATION
NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE
CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE
Race: Black or African American, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.9682586911,-84.2270492956
Photograph: See Exhibit 1

Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Gwinnett County                ,

   GA     on   4/14/2026      .

/s/ *Abraham Okoro*
_____
Signature
Abraham Okoro
+1 (443) 512-6195

Exhibit 1a)



Forrest v Discover Bank/Equifax/Experian