# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

**ANDERSON FORREST**

*Plaintiff*

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**EQUIFAX INFORMATION SERVICES, LLC,**
**DISCOVER BANK**

*Defendant*

Civil Action No. 5:26-cv-02358-JMG

## AFFIDAVIT OF SERVICE

I, Evelyn Martinez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EXPERIAN INFORMATION SOLUTIONS, INC. in Orange County, CA on April 13, 2026 at 2:46 pm at 475 Anton Blvd, Costa Mesa, CA 92626-7037 by leaving the following documents with Daniel Segura who as Security Supervisor is authorized by appointment or by law to receive service of process for EXPERIAN INFORMATION SOLUTIONS, INC..

SUMMONS IN A CIVIL ACTION
COMPLAINT AND DEMAND FOR JURY TRIAL
CIVIL COVER SHEET FORM JS 44
DESIGNATION FORM
NOTICE OF AVAILABILITY OF COURT-ANNEXED MEDIATION
NOTICE OF PROCEDURE TO CONSENT TO REFERENCE OF CIVIL ACTION OR PROCEEDING TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE
CONSENT AND REFERENCE OF A CIVIL ACTION TO A RANDOMLY ASSIGNED MAGISTRATE JUDGE

Additional Description:
Spoke with Daniel, who confirmed he is authorized to accept the documents and took possession of them. Race: Hispanic or Latino, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: Y, Est. Weight: Unknown, Est. Height: Unknown.

Geolocation of Serve: https://google.com/maps?q=33.6898220424,-117.8744138685
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

_Orange County_____,

__CA____ on __4/14/2026_____.

/s/ *Evelyn Martinez*
_____
Signature
Evelyn Martinez
+1 (714) 469-3911



Exhibit 1a)