**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDERSON FORREST,<br><br>     Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and DISCOVER BANK<br><br>     Defendants. | Case No. 5:26-cv-02358-JMG |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Beatrice D. Segal, of the firm Clark Hill PLC, hereby

enters her appearance as counsel of record on behalf of Defendant Equifax Information Services

LLC.

Dated: May 4th, 2026

**CLARK HILL PLC**

*/s/ Beatrice D. Segal*

Beatrice D. Segal
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8419
Fax: (215) 640-8501
bsegal@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Dated: May 4th, 2026

*/s/ Beatrice D. Segal*
 Beatrice D. Segal
*Counsel for Defendant*
*Equifax Information Services*