**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDERSON FORREST,<br><br>       Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC, and DISCOVER BANK<br><br>       Defendants. | Case No. 5:26-cv-02358-JMG |

**DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned

attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of

Equifax Inc., which is a publicly traded company on the NYSE. No other entity owns 10% or more

of Equifax's stock.

DATED:  May 4th, 2026                **CLARK HILL PLC**

*/s/ Beatrice D. Segal*
Beatrice D. Segal
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8419
Fax: (215) 640-8501
bsegal@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2026, I presented the foregoing DISCLOSURE

STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL

RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using the CM/ECF system, which

will send notification of such filing to all counsel of record.

Dated: May 4th, 2026                    */s/ Beatrice D. Segal*
                                         Beatrice D. Segal
                                        *Counsel for Defendant*
                                        *Equifax Information Services LLC*