**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| ANDERSON FORREST, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and DISCOVER BANK <br><br> Defendants. | Case No. 5:26-cv-02358-JMG |

**STIPULATION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, Anderson Forrest ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows: Pursuant to Local Rule 7.4(b) of the United States District Court for the Eastern District of Pennsylvania, Equifax has until and through Wednesday, June 3, 2026, to file either an answer or a motion pursuant to Fed. R. Civ. P. 12 in response to Plaintiff's Complaint (Doc. No. 1). No prior extension concerning the filing of a responsive pleading has been sought by the Parties from this Court or granted.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**SO ORDERED**, this _____ day of _____, 2025.

**BY THE COURT:**

_____
JOHN M. GALLAGHER, U.S.D.J.

DATED:  May 4, 2026                    Respectfully submitted,


By:  */s/ Ari H. Marcus*
     MARCUS & ZELMAN, LLC
     701 Cookman Avenue
     Suite 300
     Asbury Park, NJ 07712
     732-695-3285
     Email: ari@marcuszelman.com
     *Counsel for Plaintiff*

DATED:  May 4, 2026


By:  */s/ Beatrice D. Segal*
     Beatrice D. Segal
     Clark Hill PLC
     2001 Market Street
     Two Commerce Square
     Philadelphia, Suite 2620
     Philadelphia, PA 19103
     215-640-8419
     Fax: 215-640-8501
     Email: bsegal@clarkhill.com
     *Counsel for Defendant*
     *Equifax Information Services LLC*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  May 4, 2026, I electronically filed with the Clerk of Court

the foregoing document using the CM/ECF system which will send notification of such filing(s)

to all counsel of record.

/s/ Beatrice D. Segal
Beatrice D. Segal
*Counsel for Defendant*
*Equifax Information Services LLC*