**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Anderson Forrest,<br><br>            Plaintiff,<br><br>   v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC, and Discover Bank,<br><br>            Defendants. | Case No. 5:26-cv-02358-JMG |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**NOTICE OF APPEARANCE**

Kindly enter the appearance of Jason A. Spak of Troutman Pepper Locke, LLP on behalf

of Defendant, Experian Information Solutions, Inc. in the above-referenced matter.

Dated: May 4, 2026                 **TROUTMAN PEPPER LOCKE, LLP**

                              By:   */s/ Jason A. Spak*
                                      Jason A. Spak (PA 89077)
                                      Troutman Pepper Locke, LLP
                                      501 Grant Street, Suite 300
                                      Pittsburgh, PA 15219
                                      Telephone: 412-347-1247
                                      Email: Jason.spak@troutman.com

                                      *Attorneys for Defendant Experian Information*
                                      *Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Anderson Forrest, | Case No. 5:26-cv-02358-JMG |
| Plaintiff, | |
| v. | |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC, and Discover Bank, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Jason A. Spak*
Jason A. Spak

2