**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ANDERSON FORREST
                                                    :
                                                    :
                                                    :
          V.                                        :          Civil Action
EXPERIAN INFORMATION                  :          No: 5:26-cv-02358-JMG
SOLUTIONS, INC                                :

DISCLOSURE STATEMENT FORM

Please check one box:

☐          The nongovernmental corporate party, _____
           , in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

☑          The nongovernmental corporate party, Experian Information Solutions, Inc.
           , in the above listed civil action has the following parent corporation(s) an
           dpublicly held corporation(s) that owns 10% or more of its stock:

           Experian plc, Central Source LLC, Online Data Exchange LLC,
           New Management Services LLC, VantageScore Solutions LLC, and
           Opt-Out Services LLC


05/01/2026                                        /s/ Jason A. Spak
_____                        _____
       Date                                              Signature

                    Counsel for:    Experian
                                     _____


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
       two copies of a disclosure statement that:
       (1)    identifies any parent corporation and any publicly held corporation
              owning10% or more of its stock;  or

       (2)    states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
       (1)    file the disclosure statement with its first appearance, pleading,
              petition, motion, response, or other request addressed to the court;
              and
       (2)    promptly file a supplemental statement if any required information
              changes.