**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Anderson Forrest, | Case No. 5:26-cv-02358-JMG |
| Plaintiff, | |
| v. | |
| Experian Information Solutions, Inc.; Equifax Information Services, LLC, and Discover Bank, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having reviewed Defendant Experian Information Solutions, Inc.'s ("Experian") Motion for Extension to Respond to Plaintiff Anderson Forrest's ("Plaintiff") Complaint, and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that Experian's Motion for Extension is granted, and that Experian shall have up to, and including, June 4, 2026, to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge