**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDERSON FORREST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, | : | CASE NO. 5:26-CV-02358-JMG |
| INC., EQUIFAX INFORMATIONS SERVICES, | : | |
| LLC, and DISCOVER BANK | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CAPITAL ONE, N.A., SUCCESSOR-IN-
INTEREST TO DISCOVER BANK'S DISCLOSURE STATEMENT**

Defendant Capital One, N.A. ("Capital One"), as successor-in-interest to Discover Bank following a merger on May 18, 2025,[1] is the real party in interest named in the Complaint as "Discover Bank." Capital One, N.A., by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby states as follows:

1.      On May 18, 2025, pursuant to a merger agreement, Discover Bank merged with Capital One, N.A., with Capital One, N.A. as the surviving entity.  Capital One, N.A. is the successor by merger to Discover Bank.

2.      Capital One, N.A. is a is a wholly owned subsidiary of Capital One Financial Corp.

3.      Capital One Financial Corporation is a publicly traded corporation.  Based on Schedule 13D and 13G filings submitted to the United States Securities and Exchange Commission, Capital One, N.A. understands that, as a result of the merger transaction, the following entities are beneficial owners of more than 5% of Capital One Financial Corporation's

---

[1]  Pursuant to the National Bank Act, 12 U.S.C. § 215a(e), Capital One is deemed the same corporation as the former Discover Bank.

outstanding common stock: The Vanguard Group Inc. (10.0%); Capital Research and Management Company (aka World Investors) (7.9%); and BlackRock, Inc. (6.9%).  *See* Application to the Board of Governors of the Federal Reserve System for Prior Approval for Capital One Financial Corporation to Acquire Discover Financial Services at 90-91 (March 20, 2024), https://www.federalreserve.gov/foia/files/capital-one-application-20240320.pdf.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Defendant, Capital One, N.A., as the successor by merger to Discover Bank, further states that no other individual's or entity's citizenship is attributed to it for purposes of diversity jurisdiction.  Capital One, N.A. is incorporated under the laws of the State of Delaware and, pursuant to its articles of association, maintains its principal place of business in the Commonwealth of Virginia.

Respectfully submitted,

Dated:  May 22, 2026

*/s/ Elanor A. Mulhern*
Elanor A. Mulhern, Esq.
mulherne@ballardspahr.com
Preston J. Spadaro, Esq.
spadarop@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.665.8500

*Attorneys for Defendant Capital One, N.A.*
*successor by merger to Discover Bank*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, and that notice of such filing was served on all counsel of record electronically through the CM/ECF system.

.

DATED: May 22, 2026                      */s/ Elanor A. Mulhern*
                                          Elanor A. Mulhern