**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDERSON FORREST, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO. 5:26-CV-02358-JMG |
| EXPERIAN INFORMATION SOLUTIONS, | : | |
| INC., EQUIFAX INFORMATIONS SERVICES, | : | |
| LLC, and DISCOVER BANK | : | |
| | : | |
| Defendants. | : | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND**
**TO PLANITFF'S COMPLAINT**

Plaintiff Anderson Forrest ("Plaintiff") and Defendant Capital One, N.A. successor by merger to Discover Bank ("Discover") by and through their counsel stipulate as follows: Pursuant to Local Rule 7.4(b) of the United States District Court for the Eastern District of Pennsylvania, hereby agree that Discover has until and through Wednesday, June 3, 2026, to file an answer to Plaintiff's Complaint (Doc. No. 1).  No prior extension concerning Discover's filing of a responsive pleading has been sought from this Court or granted, and no other deadline will be affected.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 22, 2026

/s/ *Ari H. Marcus*
Ari H. Marcus, Esq.
ari@marcuszelman.com
MARCUS & ZELMAN LLC
701 Cookman Avenue, Ste. 300
Asbury Park, NJ 07712
Telephone: 732-695-3282

*Attorney for Plaintiff*

DATED: May 22, 2026

/s/ *Elanor A. Mulhern*
Elanor A. Mulhern, Esq.
mulherne@ballardspahr.com
Preston J. Spadaro, Esq.

spadarop@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: 215.665.8500

*Attorneys for Defendant Capital One, N.A.*
*successor by merger to Discover Bank*

**SO ORDERED AND APPROVED,**
 this  26th day of May, 2026

**BY THE COURT:**

 /s/ John M. Gallagher
_____
JOHN M. GALLAGHER
United States District Court Judge