## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON FORREST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:26-cv-02358-JMG |
| | ) | |
| EXPERIAN INFORMATION SOLTIONS, | ) | |
| INC. EQUIFAX INFORMATION | ) | |
| SERVICES, and DISCOVER BANK, | ) | |
| | ) | |
| Defendants, | ) | |

---

### DEFENDANT CAPITAL ONE N.A.'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Capital One, N.A, successor by merger to Discover Bank ("Discover"), by and through its undersigned counsel, hereby files, its Answer and Affirmative Defenses to the Complaint (the "Complaint") of plaintiff Anderson Forrest ("Plaintiff"), and further states as follows:

### AS TO "INTRODUCTION"

1. Discover admits only that Plaintiff purports to raise causes of action for violations of the FCRA. Discover denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law, with regard to Plaintiff. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

2. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

3.     Denied.

4.     The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

<b><u>AS TO "JURISDICTION AND VENUE"</u></b>

5.     The allegations of this paragraph set forth a legal conclusion to which no response is required.  To the extent any other response is required, Discover admits that this Court would have jurisdiction but for the fact that Plaintiff lacks Article III standing.

6.     Discover does not dispute venue for the purposes of this response.

<b><u>AS TO "PARTIES"</u></b>

7.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, these allegations are denied.  To the extent any other response is required, denied.

8.     The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

9.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

10.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, these allegations are denied.  To the extent any other response is required, denied.

11.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

12.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, these allegations are denied. To the extent any other response is required, denied.

13.    Discover admits only that Capital One, successor by merger to Discover Bank, is a national banking association with a principal place of business located in Virginia.

**AS TO "FACTUAL BACKGROUND"**

14.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

15.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

16.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied

17.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

18.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

19.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

20.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

21.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

22.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

23.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

24.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

25.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

26. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

27. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. As to the remaining allegations, denied.

28. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, these allegations are denied. To the extent any other response is required, denied.

29. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged action of other parties and, as such, any such allegations are denied. As to the remaining allegations, denied.

## AS TO "ALLEGATIONS SPECIFIC TO CREDIT REPORTING OF PLAINTIFF"

30. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, these allegations are denied. To the extent any other response is required, denied.

31. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, as such, these allegations are denied. To the extent any other response is required, denied.

32. The allegations of this paragraph constitute a legal conclusion as to which no response is required. To the extent a response is required, Discover is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and, as such, the allegations are denied.

33.     The allegations of this paragraph constitute a legal conclusion as to which no response is required.  To the extent a response is required, Discover is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph and, as such, the allegations are denied.

34.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

35.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  As to the remaining allegations, denied.

36.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  The remaining allegations of this paragraph constitute a legal conclusion as to which no response is required.  To the extent any other response is required, denied.

37.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  As to the remaining allegations, Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations and, as such, the allegations are denied.

38.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  As to the remaining allegations, Discover is without knowledge

or information sufficient to form a belief as to the truth of the allegations and, as such, the allegations are denied.

39.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

40.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

41.     Discover admits only that it received disputes regarding Plaintiff's account from the CRA Defendants.

42.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

43.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

44.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

45.     Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

46. Denied. Discover specifically denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law with regard to Plaintiff. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

47. Denied. Discover denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. Discover denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Discover. To the extent any other response is required, denied

48. Denied. Discover specifically denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law with regard to Plaintiff. Discover denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent any other response is required, denied.

49. Denied. Discover denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Discover. To the extent any other response is required, denied.

50. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. As to the remaining allegations, denied. Discover denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law with regard to Plaintiff. Discover denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent any other response is required, denied.

51. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. As to the remaining allegations, denied. Discover denies that it

acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law with regard to Plaintiff. Discover denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent any other response is required, denied.

52. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. As to the remaining allegations, denied. Discover denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law with regard to Plaintiff. Discover denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent any other response is required, denied.

53. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. As to the remaining allegations, denied. Discover denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law with regard to Plaintiff. Discover denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent any other response is required, denied.

54. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. As to the remaining allegations, denied. Discover denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law with regard to Plaintiff. Discover denies that it is liable for any of the damages, injuries, or harms alleged by Plaintiff. To the extent any other response is required, denied.

9

## AS TO "COUNT I VIOLATIONS OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681i AGAINST EXPERIAN

55.    Discover incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein

56.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

57.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied

58.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

59.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

60.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

61.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

10

## AS TO "COUNT II — FAILURE TO ASSURE MAXIMUM POSSIBLE ACCURACY, 15 U.S.C. § 1681e(b) — AGAINST EXPERIAN"

62.    Discover incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein

63.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied

64.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

65.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied

## AS TO "COUNT III — FAILURE TO ASSURE MAXIMUM POSSIBLE ACCURACY, 15 U.S.C. § 1681e(b) — AGAINST EQIFAX"

66.    Discover incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

67.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

68.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

11

69.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

70.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

71.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

72.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

## AS TO "COUNT IV — FAILURE TO ASSURE MAXIMUM POSSIBLE ACCURACY, 15 U.S.C. § 1681e(b) — AGAINST EQUIFAX"

73.    Discover incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

74.    The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied.  To the extent any other response is required, denied.

75.    Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied.  To the extent any other response is required, denied.

76. Discover is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the alleged actions of other parties and/or non-parties and, as such, the allegations are denied. To the extent any other response is required, denied.

## AS TO "COUNT V — FAILURE TO INVESTIGATE DISPUTE 15 U.S.C. § 1681s-2(b) — AGAINST DISOCVER"

77. Discover incorporates by reference all responses to the above paragraphs of the Complaint as though fully stated herein.

78. The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied. To the extent any other response is required, denied.

79. Discover admits only that it received disputes from the Credit Reporting Agencies regarding Plaintiff's account. To the extent any other response is required, denied.

80. Admitted.

81. The allegations in this paragraph refer to a federal statute, the text of which speaks for itself, and Plaintiff's characterization thereof, if any, is denied. To the extent any other response is required, denied.

82. Denied. Discover specifically denies that it acted unlawfully or engaged in any conduct that violated the FCRA or any other statute or law, with regard to Plaintiff. To the extent any other response is required, denied.

83. Denied.

84. Denied. Discover denies that it is liable or responsible for any damages asserted by Plaintiff or that Plaintiff is entitled to the relief sought in this paragraph.

//

## AS TO "PRAY FOR RELIEF"

Discover denies any liability whatsoever, denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Discover, and demands judgment in its favor and against Plaintiff, together with such other relief, including costs and attorneys' fees, as the Court deems just and proper.

## AS TO "JURY DEMAND"

Discover admits only that Plaintiff has demanded a trial by jury but denies that Plaintiff is entitled to a jury trial

## AFFIRMATIVE DEFENSES

Having answered the Complaint, Discover asserts the following affirmative defenses. By asserting these defenses, Discover does not assume the burden of proof where it otherwise rests with Plaintiff. Discover reserves the right to amend this Answer to assert other defenses when, and if, in the course of its investigation, discovery, or preparation for trial it becomes appropriate.

### First Defense: Plaintiff's Claims Are Subject to Arbitration

Plaintiff's claims are subject to binding arbitration pursuant to the arbitration agreement contained in the terms and conditions governing any credit card issued by Discover to Plaintiff. Discover again reserves the right to compel arbitration of the claims contained in the Complaint pursuant to the applicable agreement to the Account opened by Plaintiff.

### Second Defense: Failure to State a Claim

The Complaint, and each purported claim contained therein, fails to state a claim upon which relief can granted.

### Third Defense: Constitutionality of Statutory Damages

The FCRA provides for statutory damages for each violation of the law.

14

Statutory damages under FCRA could quickly rise to thousands of dollars of damages for alleged actions that caused little or no actual damage to Plaintiff.

Statutory damages would constitute an excessive fine or penalty without the substantive or procedural safeguards guaranteed by the Fifth and Fourteenth Amendments to the United States Constitutions.

## Fourth Defense: Lack of Standing

To establish standing, Plaintiff must show a concrete and particularized invasion of a legally protected interest and that Plaintiff is in the zone of interests that the FCRA is intended to protect.

To the extent Plaintiff has not paid money, lost title to goods or value, or suffered any other concrete or particularized harm, and is not in the zone of interests protected by the FCRA as the result of the conduct alleged, Plaintiff lacks standing.

## Fifth Defense: Unintentional Violation

Discover has implemented procedures to prevent violations of state and federal law.

If any violation of state and federal law occurred despite Discover's procedures, which Discover expressly denies, the violation was not intentional, reckless, or willful.

If any violation of state and federal law occurred despite Discover's procedures, which Discover expressly denies, such violation resulted from a bona fide error for which there can be no civil liability.

## Sixth Defense: Other Parties are the Proximate Cause

If Plaintiff sustained damages, which Discover expressly denies, such damages were proximately caused by the acts or omissions of other persons, firms, or corporations, not by Discover.

### Seventh Defense: No Causation

Plaintiff has no legally cognizable claim because any damages or harm he purportedly suffered from Discover reporting allegedly inaccurate information still would have occurred absent the alleged inaccurate reporting.

### Eighth Defense: Plaintiff's Own Conduct

Plaintiff's own conduct, deeds, acts, words, and omissions—not any conduct, deeds, acts, words, or omissions of Discover—caused his own purported damages, if any.

### Ninth Defense: Offset

Plaintiff may have accounts with Discover for which he owes money.

Any amount sought to be recovered in this action is barred in whole or part by any amount that Plaintiff owes to Discover.

### Tenth Defense: Failure to Mitigate

Plaintiff failed to mitigate his damages, if any.

### Eleventh Defense: Statute of Limitations and Laches

Plaintiff's claims are barred to the extent they are barred by the applicable statute of limitations and the doctrine of laches.

### Twelfth Defense: Unclean Hands

To the extent Plaintiff has communicated with or engaged with Discover unlawfully, deceptively, or in bad faith, such conduct bars his recovery in this case.

### Thirteenth Defense: Release, Waiver, and Acquiescence

Plaintiff's claims are barred to the extent they have been released, waived, or acquiesced to, in whole or in part.

16

### Fourteenth Defense: General Equities

Allowing Plaintiff to recover damages against Discover would be inequitable because of Plaintiff's own conduct.

### Fifteenth Defense: Arbitration

Plaintiff's claims are subject to binding arbitration pursuant to the arbitration agreement contained in the terms and conditions governing the account at issue.

Discover reserves the right to compel arbitration pursuant to the credit card agreement.

### Reservation of Rights

Discover presently has insufficient knowledge or information on which to form a belief as to whether it may have additional affirmative defenses available. Discover expressly reserves the right to allege and assert additional and/or further defenses as may be appropriate as this action proceeds.

BALLARD SPAHR LLP

Dated: June 3, 2026

/s/ *Elanor A. Mulhern*
Daniel JT McKenna
Elanor A. Mulhern
1735 Market St, 51st Floor
Philadelphia, PA 19103
T:215.665.8500
F: 215.864.8999
mckennad@ballardpahr.com
mulherne@ballardspahr.com

*Attorneys for Defendant Discover Bank*

17

## CERTIFICATE OF SERVICE

I, Elanor A. Mulhern, Esq. hereby certify that, on this day, I caused a copy of the foregoing

Answer and Affirmative Defenses to be served via electronic court filing on all counsel of record.


*s/ Elanor A. Mulhern*
Elanor A. Mulhern

Dated: June 3, 2026