**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDERSON FORREST,

      Plaintiff,

      v.

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC, and DISCOVER BANK

      Defendants.

Case No. 5:26-cv-02358-JMG

**ANSWER OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC
TO PLAINTIFF'S COMPLAINT**

Defendant, Equifax Information Services, LLC ("Equifax"), by Counsel, hereby answers

Plaintiff's Complaint ("Complaint") as follows:

**EQUIFAX'S PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of

itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies

any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint,

Equifax responds as follows:

**INTRODUCTION**

1.      Equifax admits only that Plaintiff purports to bring claims pursuant to the Fair

Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA as alleged in

Paragraph 1.

2.      Equifax denies the allegations in Paragraph 2.

1

3.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of the FCRA the allegations in Paragraph 4 are denied.

## JURISDICTION AND VENUE

5.    Equifax admits that this Court has jurisdiction.

6.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

## PARTIES

7.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7.

8.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.    Equifax admits only that it is a "consumer reporting agency" as defined by the FCRA and provides "consumer reports" to third parties with permissible purpose. Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 11.

12.    Equifax admits to the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

## FACTUAL BACKGROUND

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 16 are denied.

17.     Equifax admits that it is a consumer reporting agency ("CRA") as that term is defined by the FCRA and that it at times prepares and transmits consumer reports.

18.     Equifax denies the allegations as stated in Paragraph 18.

19.     Equifax denies the allegations as stated in Paragraph 19.

20.     Equifax denies the allegations in Paragraph 20.

21.     Equifax denies the allegations in Paragraph 21.

22.     Equifax denies the allegations in Paragraph 22.

23.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     Equifax denies the allegations as stated in Paragraph 24.

25.     Equifax denies the allegations in Paragraph 25.

26.     Equifax denies the allegations in Paragraph 26.

27.     Equifax denies the allegations as stated in Paragraph 27, including the allegations set forth in the accompanying footnote. By way of further response, Equifax states that the

referenced authority speaks for itself, and Equifax denies any misstatement, misquotation, or mischaracterization of the cited authority.

28.     Equifax states that lawsuits and consumer complaints speak for themselves. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any lawsuit or consumer complaint, the allegations in Paragraph 28 are denied.

29.     Equifax denies the allegations in Paragraph 29.

### *Allegations Specific to the Credit Reporting of Plaintiff*

30.     Equifax states that bankruptcy filings are matters of public record and speak for themselves. To the extent Plaintiff misquotes, misstates, or takes out of context any bankruptcy filing, the allegations in Paragraph 30 are denied.

31.     Equifax states bankruptcy filings are matters of public record and speak for themselves. To the extent Plaintiff misquotes, misstates, or takes out of context any bankruptcy filing, the allegations in Paragraph 31 are denied.

32.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.     Equifax admits the allegations in Paragraph 34.

35.     Equifax admits the allegations in Paragraph 35.

36.     Equifax denies the allegations as stated in Paragraph 36.

37.     Equifax denies the allegations as stated in Paragraph 37.

38.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 38 are denied.

39.     Equifax states that each consumer report speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the contents of any consumer report, the allegations in Paragraph 39 are denied.

40.     Equifax admits only that it has received disputes regarding Plaintiff's credit file. Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 40 are denied.

41.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41.

42.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42.

43.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.     Equifax denies the allegations as stated in Paragraph 44.

45.     Equifax denies the allegations as stated in Paragraph 45.

46.     Equifax denies the allegations in Paragraph 46.

47.     Equifax denies the allegations in Paragraph 47.

48.     Equifax denies the allegations in Paragraph 48.

49.     Equifax denies the allegations in Paragraph 49.

50.     Equifax denies the allegations in Paragraph 50.

51.     Equifax denies the allegations in Paragraph 51.

52.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52.

53.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

## COUNT I
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. § 1681i
## AGAINST EXPERIAN

55.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

56.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

59.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59.

60.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60.

61.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

## COUNT II
## FAILURE TO ASSURE MAXIMUM POSSIBLE ACCURACY
### 15 U.S.C. § 1681e(b)

6

**AGAINST EXPERIAN**

62.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

63.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63.

64.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64.

65.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65.

## COUNT III
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681i
## AGAINST EQUIFAX

66.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

67.     Equifax admits that it is a "consumer reporting agency" as defined by the FCRA.

68.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 68 are denied.

69.     Equifax states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 69.

70.     Equifax admits that it has received disputes regarding Plaintiff's credit file but states that each consumer dispute speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context any consumer dispute, the allegations in Paragraph 70.

71.     Equifax denies the allegations in Paragraph 71.

72.     Equifax denies the allegations in Paragraph 72.

## COUNT IV

**FAILURE TO ASSURE MAXIMUM POSSIBLE ACCURACY**
**15 U.S.C. § 1681e(b)**
**AGAINST EQUIFAX**

73.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

74.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 74 are denied.

75.     Equifax denies the allegations as stated in Paragraph 75.

76.     Equifax denies the allegations in Paragraph 76.

**<u>COUNT V</u>**
**FAILURE TO INVESTIGATE DISPUTE**
**15 U.S.C. § 1681s-2(b)**
**AGAINST DISCOVER**

77.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

78.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78.

79.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.     Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 84.

## PRAYER FOR RELIEF

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)     Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)     it recover such other and additional relief as the Court deems just and appropriate.

## JURY DEMAND

Equifax admits only that Plaintiff demands a jury trial on all triable issues. Equifax objects to a jury trial on any claims for equitable relief and all other issues as to which a jury is not permitted as of right or as a matter of law.

Respectfully submitted,

Dated:    June 3, 2026                          **CLARK HILL PLC**

*/s/ Beatrice D. Segal*
Beatrice D. Segal, PA ID # 332192
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8419
Fax: (215) 640-8501
bsegal@clarkhill.com
*Counsel for Defendant,*
*Equifax Information Services, LLC*

9

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day electronically filed a true and correct copy of the

foregoing with the Clerk of the Court using the ECF system, which will send notification of such

filing to all counsel of record.

Dated:    June 3, 2026                                          */s/ Beatrice D. Segal*
                                                                          Beatrice D. Segal