**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Anderson Forrest,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc.; Equifax Information Services, LLC, and Discover Bank,<br><br>　　　　　Defendants. | Case No. 5:26-cv-02358-JMG |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant Experian Information Solutions, Inc. (hereinafter "Experian"), by and through the undersigned counsel, responds to the Complaint ("Complaint") filed by Forrest Anderson ("Plaintiff") as follows:

Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below. Experian further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations as they relate to the actions of third parties and therefore denies the same. Experian further states that its investigation of the present matter is ongoing. Accordingly, Experian reserves the right to amend this answer. In response to the numbered paragraphs in the Complaint, Experian states as follows:

**Introduction**[1]

1.      In response to paragraph 1 of the Complaint, Plaintiff states any viable claim for relief, Experian admits that the Complaint purports to state a claim under the Fair Credit Reporting Act ("FCRA"). Experian denies that it has violated the FCRA or any other law and denies that it is liable to Plaintiff for any damages, costs, or attorneys' fees. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 1 of the Complaint that relates to Experian. As to the allegations in paragraph 1 of the Complaint that relate to the other defendants, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

2.      In response to paragraph 2 of the Complaint, without conceding whether or not Plaintiff states any viable claim for relief, Experian admits that the Complaint purports to state a claim under the Fair Credit Reporting Act ("FCRA"). Experian denies that it has violated the FCRA or any other law and denies that it is liable to Plaintiff for any damages, costs, or attorneys' fees. Except as specifically admitted, Experian denies, generally and specifically, each and every allegation in paragraph 2 of the Complaint that relates to Experian. As to the allegations in paragraph 2 of the Complaint that relate to the other defendants, Experian lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies each and every remaining allegation therein.

---

[1] For ease of reference and to facilitate review of its Answer and Affirmative Defenses, Experian has incorporated into its Answer the headings used by Plaintiff in the Complaint. In doing so, Experian does not adopt, either expressly or by implication, the statements contained in those headings. Experian denies, generally and specifically, each and every allegation in the headings.

3.      In response to paragraph 3 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.      In response to paragraph 4 of the Complaint, Experian admits, upon information and belief, that "consumer reports" is a term defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 4 of the Complaint.

## JURISDICTION AND VENUE

5.      In response to paragraph 5 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. Experian states that this is a legal conclusion that is not subject to denial or admission..

6.      In response to paragraph 6 of the Complaint, Experian admits that Plaintiff has alleged venue is proper based on 28 U.S.C. § 1391(b)(2). Experian states that this is a legal conclusion that is not subject to denial or admission.

## PARTIES

7.      In response to paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.      In response to paragraph 8 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "consumer" is the term defined by 15 U.S.C. § 1681a(c). ). Except as specifically admitted, Experian does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 8 of the Complaint and, on that

3

basis, denies, generally and specifically, each and every remaining allegation of paragraph 8 of the Complaint.

9.      In response to paragraph 9 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 9 of the Complaint.

10.      In response to paragraph 10 of the Complaint, Experian admits that it is an Ohio corporation and that it is qualified to do business and conducts business in the State of Pennsylvania. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 10 of the Complaint.

11.      In response to paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.      In response to paragraph 12 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.      In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

### FACTUAL BACKGROUND

14.      In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian admits that the Complaint purports to quote, characterize, and/or summarize a portion of FCRA.  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 15 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 15 of the Complaint.

16.     In response to paragraph 16 of the Complaint, Experian admits that the Complaint purports to quote, characterize, and/or summarize a portion of FCRA.  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 16 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 16 of the Complaint.

17.     In response to paragraph 17 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 17 of the Complaint that relates to Experian. As to the allegations in paragraph 17 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 17 of the Complaint.

18.     In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.     In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

5

that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 21, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 22, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 23, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 24, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 25, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained therein.

26.    In response to paragraph 26 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 26, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.    In response to paragraph 27 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 27, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.    In response to paragraph 28 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 28, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.    In response to paragraph 29 of the Complaint, Experian denies that it violated the FCRA. As to the remaining allegations in paragraph 29, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

*Allegations Specific to Credit Reporting of Plaintiff*

30.    In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.    In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on

that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein. This paragraph also contains a legal conclusion not subject to admission or denial.

37.     In response to paragraph 37 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 37, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian denies that it violated the FCRA.  As to the remaining allegations in paragraph 38, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Further answering, Experian denies it violated the FCRA. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41. In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42. In response to paragraph 42 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Further answering, Experian denies it violated the FCRA. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43. In response to paragraph 43 of the Complaint, Experian denies, generally and

specifically, each and every allegation contained therein that relates to Experian. As to the remaining allegations in paragraph 43 against other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 44 of the Complaint.

44.     In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to paragraph 46 of the Complaint, Experian denies that it violated the FCRA and further denies that its conduct, action, or inaction was willful as alleged in the Complaint. Experian further denies, generally and specifically, each and every allegation in paragraph 46 that relates to Experian. As to the allegations in paragraph 46 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 46 of the Complaint.

47.     In response to paragraph 47 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 47 that relates to Experian. As to the remaining allegations in paragraph 47 of the Complaint that relate to the other defendants,

Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 47 of the Complaint.

48. In response to paragraph 48 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was negligent as alleged in the Complaint. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 48 that relates to Experian. As to the remaining allegations in paragraph 48 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 48 of the Complaint.

49. In response to paragraph 49 of the Complaint, Experian denies that it violated the FCRA. Experian further denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 49 that relates to Experian. As to the remaining allegations in paragraph 49 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 49 of the Complaint.

50. In response to paragraph 50 of the Complaint, In response to paragraph 48 of the Complaint, Experian denies that it violated the FCRA and denies that its conduct, action, or inaction was negligent or willful as alleged in the Complaint. Experian further denies Plaintiff

suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian. Experian denies, generally and specifically, each and every allegation in paragraph 50 that relates to Experian. As to the remaining allegations in paragraph 50 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 50 of the Complaint.

51.     In response to paragraph 51 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  Experian denies, generally and specifically, each and every allegation in paragraph 51 that relates to Experian. As to the remaining allegations in paragraph 51 of the Complaint that relate to the other defendants, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 51 of the Complaint.

52.     In response to paragraph 52 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 52, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein..

53.     In response to paragraph 53 of the Complaint Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations

12

in paragraph 53, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54.     In response to paragraph 54 of the Complaint, Experian denies that it violated the FCRA and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.  As to the remaining allegations in paragraph 54, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT I

### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. §§ 1681I
### AGAINST EXPERIAN

55.     In response to paragraph 55 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

56.     In response to paragraph 56 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f). Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of paragraph 56 of the Complaint.

57.     In response to paragraph 57 of the Complaint, Experian admits that the Complaint purports to quote, characterize, and/or summarize a portion of FCRA.  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 57 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 57 of the Complaint.

58.    In response to paragraph 58 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Further answering, Experian denies it violated the FCRA. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

59.    In response to paragraph 59 of the Complaint, Experian admits that it received dispute correspondence from Plaintiff or someone purporting to correspond on Plaintiff's behalf, which correspondence speaks for itself, and Experian denies any allegations inconsistent therewith. Further answering, Experian denies it violated the FCRA. Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.    In response to paragraph 60 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein and denies that Plaintiff is entitled to any relief whatsoever from Experian.

61.    In response to paragraph 61 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.

## COUNT II

### FAILURE TO ASSURE MAXIMUM POSSIBLE ACCURACY
### 15 U.S.C. §§ 1681E(B)

14

**AGAINST EXPERIAN**

62.     In response to paragraph 62 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

63.     In response to paragraph 63 of the Complaint, Experian admits that the Complaint purports to quote, characterize, and/or summarize a portion of FCRA.  Experian states that the FCRA is a statute that speaks for itself, and Experian denies paragraph 63 to the extent it is inconsistent with the FCRA. Experian denies, generally and specifically, each and every remaining allegation of paragraph 63 of the Complaint.

64.     In response to paragraph 64 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein and denies that Plaintiff is entitled to any relief whatsoever from Experian.

65.     In response to paragraph 65 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein and denies Plaintiff suffered any damages as a result of Experian's conduct, action, or inaction or is entitled to any recovery whatsoever from Experian.

## COUNT III

### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
### 15 U.S.C. §§ 1681I
### AGAINST EQUIFAX

66.     In response to paragraph 66 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

67.     In response to paragraph 67 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

68.     In response to paragraph 68 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.     In response to paragraph 69 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein

70.     In response to paragraph 70 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to paragraph 71 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.     In response to paragraph 72 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.     In response to paragraph 73 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT IV

### FAILURE TO ASSURE MAXIMUM POSSIBLE ACCURACY
### 15 U.S.C. §§ 1681E(B)
### AGAINST EQUIFAX

74.     In response to paragraph 74 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

16

75.     In response to paragraph 75 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76.     In response to paragraph 76 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT V

### FAILURE TO INVESTIGATE DISPUTE
### 15 U.S.C. §§ 1681s-2(b)
### AGAINST DISCOVER

77.     In response to paragraph 77 of the Complaint, Experian incorporates by reference its responses to the preceding paragraphs as if fully stated herein.

78.     In response to paragraph 78 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

79.     In response to paragraph 79 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

80.     In response to paragraph 80 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

81.     In response to paragraph 81 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17

82.     In response to paragraph 82 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.     In response to paragraph 83 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

84.     In response to paragraph 84 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any of the relief requested therein, or any relief whatsoever, from Experian.

## RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits that Plaintiff has demanded a trial by jury on all issues so triable.

## AFFIRMATIVE AND OTHER DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

## FIRST AFFIRMATIVE DEFENSE

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

18

## SECOND AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## THIRD AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff was the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate Plaintiff's damages.

## FIFTH AFFIRMATIVE DEFENSE

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SEVENTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

19

## EIGHTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## NINTH AFFIRMATIVE DEFENSE

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought is moot.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

## FOURTEENTH AFFIRMATIVE DEFENSE

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between themselves and Experian.

## FIFTEENTH AFFIRMATIVE DEFENSE

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays asfollows:

(1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)    For costs of suit and attorneys' fees herein incurred; and

For such other and further relief as the Court may deem just and proper.

Dated: June 24, 2026        **TROUTMAN PEPPER LOCKE, LLP**

By:   */s/ Jason A. Spak*
Jason A. Spak (PA 89077)
Troutman Pepper Locke, LLP
501 Grant Street, Suite 300
Pittsburgh, PA 15219
Telephone: 412-347-1247
Email: Jason.spak@troutman.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Anderson Forrest,

               Plaintiff,

    v.

Experian Information Solutions, Inc.; Equifax Information Services, LLC, and Discover Bank,

               Defendants.

Case No. 5:26-cv-02358-JMG

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

               */s/ Jason A. Spak*
               Jason A. Spak