**Anderson Forrest v. Experian Information Solutions, Inc.**
**Case No. 5:26-cv-02358-JMG**

**Admissions for Lauren E. Lacey:**

**I state that I am currently admitted to the bar/practice in the following state jurisdictions:**

| | | |
|---|---|---|
| Maryland | 12/15/1999 | 9912150119 |
| District of Columbia | 8/9/2022 | 90002063 |

**I state that I am currently admitted to practice in the following federal jurisdictions:**

| | | |
|---|---|---|
| USDC MD | 3/31/2000 | 26014 |
| Fourth Cir. Ct. of Appeals | 11/16/2000 | ---- |
| USDC ED MI | 7/9/2001 | ---- |
| USDC WD MI | 3/25/2025 | MD99121501 |
| USDC ED WI | 5/1/2025 | 9912150119 |
| USDC CO | 5/8/2025 | 2688365 |
| USDC DC | 7/7/2025 | ---- |
| USDC WD AK | 7/28/2025 | |