**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10977

*All Correspondences to NJ Office*

August 5, 2026

Via ECF
The Honorable Judge John M. Gallagher
United States District Court – Eastern District of Pennsylvania

Re:    **Request to Adjourn Rule 16 Conference**
       **Forrest v. Experian et al.; Civil Case No. 5:26-cv-02358**

To the Honorable District Court Judge Gallagher:

I respectfully write on behalf of Plaintiff to request an adjournment of the Rule 16 Conference currently scheduled for August 31, 2026. Unfortunately, I will be out of town on a family vacation and therefore will be unavailable to appear on that date.

This requested adjournment will not delay the commencement of discovery. The parties understand their obligation to begin discovery as soon as permitted under the Federal Rules of Civil Procedure, and they will proceed accordingly notwithstanding a brief adjournment of the Rule 16 Conference.

Prior to submitting this request, I conferred with opposing counsel, who advised that they do not object to the requested adjournment.

To assist the Court in rescheduling, I am available on any date in September with the exception of September 10, 2026, when I have a previously scheduled medical appointment, and September 21, 2026, in observance of the Jewish holiday of Yom Kippur. Experian's counsel has noted that they would be unavailable on September 04, 2026.

Thank you for Your Honor's consideration of this request. I appreciate the Court's time and attention to this matter.

Respectfully submitted,

/s/ Ari H Marcus, Esq.

cc: All counsel of record