**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDERSON FORREST<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-02358-JMG |

**SECOND AMENDED NOTICE OF INITIAL PRETRIAL CONFERENCE**

**TAKE NOTICE,** that the Amended Notice of **Rule 16 Conference** for Monday, August 31, 2026 at 11:00 a.m., (ECF No. 27) is **AMENDED**.

Lead counsel shall appear for a Rule 16 conference on **Tuesday, September 22, 2026 at 1:30 p.m.,** at the United States District Court located at 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania. Counsel are required to meet and confer pursuant to Rule 26(f) and to complete and submit to the Court the Joint Rule 26(f) Report no later than Monday, September 14, 2026.[1]

For the Court,

*/s/ Christine C. Stein*
Christine C. Stein
Deputy Clerk for Judge John M. Gallagher

Date of Notice: August 7, 2026

[1] It is expected that the Rule 26(f) meeting should be a meaningful and substantive discussion to formulate the proposed discovery plan required by the Rule. This discussion should include anticipated deposition witnesses, a proposed deposition schedule, and the need for any third-party subpoenas and waiver from the opposing party. The parties should begin discovery as soon as permitted under the applicable rules without waiting for the Rule 16 conference and regardless of whether a motion is pending.