**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**ALLENTOWN DIVISION**

**ANDERSON FORREST,**

**Plaintiff,**

**-v-**

**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC and DISCOVER BANK,**

**Defendants.**

**Civil Case Number: 5:26-cv-02358-JMG**

**NOTICE OF SETTLEMENT AS TO DISCOVER BANK**

The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **DISCOVER BANK ONLY, only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice. It is respectfully requested that the matter against **DISCOVER BANK** be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated: September 10, 2026

/s/ Ari Marcus
Ari Marcus, Esq.
Marcus Zelman LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Email: ari@marcuszelman.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **10th day of September 2026**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated: September 10, 2026

/s/ Ari Marcus
Ari Marcus, Esq.