**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDERSON FORREST<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-02358-JMG |

## ORDER

**AND NOW**, this 11th day of September, 2026, upon consideration of the Notice of Settlement as to Discovery Bank (ECF No. 33)[1] in which Plaintiff requests that the matter against Defendant Discover Bank be stayed pending the performance of the terms of a settlement agreement, **IT IS HEREBY ORDERED** that all dates and deadlines as to the matter against Discover Bank only are **STAYED** for sixty (60) days to allow the parties to fully execute the settlement.[2]

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark the matter against **Discover Bank only STAYED**.[3]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] The Notice of Settlement indicates that only Plaintiff's claims against Discover Bank have been settled. It is the Court's understanding that no other claims have been settled. *See* ECF No. 33.

[2] In the event that no Stipulation of Dismissal is filed in the interim, Counsel for Plaintiff and Discover Bank shall submit a joint status update after 60 days.

[3] The dates and deadlines as to the matters against the other Defendants remain unchanged.