**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDERSON FORREST,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 5:26-cv-02358-JMG |

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Notice is hereby given that the Plaintiff Anderson Forrest and Defendant Experian Information Solutions, Inc. ("Experian") have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Ari Marcus*

Ari Marcus
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
732-695-3282

*Counsel for Plaintiff Anderson Forrest*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDERSON FORREST,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 5:26-cv-02358-JMG |

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 21, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/* Ari Marcus
Ari Marcus

*Counsel for Plaintiff Anderson Forrest*