**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDERSON FORREST<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | : | Civil No.: 5:26-cv-02358-JMG |

**ORDER**

**AND NOW**, this 21st day of September, 2026, upon consideration of the Parties' Joint Motion to Appear Remotely (ECF No. 36), **IT IS HEREBY ORDERED** that the Motion (ECF No. 36) is **DENIED**.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] Counsel for Plaintiff Forrest and Defendant Equifax Information Services, LLC shall appear in person as scheduled in the Amended Notice (ECF No. 32).