**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDERSON FORREST<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | Civil No.: 5:26-cv-02358-JMG |

**ORDER**

**AND NOW**, this 21st day of September, 2026, upon consideration of the Notice of Settlement as to Experian Information Solutions, Inc. (ECF No. 37)[1] in which Plaintiff requests that the matter against Defendant Experian Information Solutions, Inc. be stayed pending the performance of the terms of a settlement agreement, **IT IS HEREBY ORDERED** that all dates and deadlines as to the matter against Experian Information Solutions, Inc. only are **STAYED** for sixty (60) days to allow the parties to fully execute the settlement.[2]

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark the matter against **Experian Information Solutions, Inc. only STAYED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] The Notice of Settlement indicates that only Plaintiff's claims against Experian Information Solutions, Inc. have been settled. It is the Court's understanding that no other claims have been settled. *See* ECF No. 33 & 37.

[2] In the event that no Stipulation of Dismissal is filed in the interim, Counsel for Plaintiff and Experian Information Solutions, Inc. shall submit a joint status update after 60 days.