**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANDERSON FORREST<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-02358-JMG |

**ORDER**

**AND NOW**, this 22nd day of September 2026, upon consideration of the Motion for Pro Hac Vice to admit Yitzchak Zelman, Esquire (ECF No. 41); **IT IS HEREBY ORDERED** that the Motion (ECF No. 41) to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is:

☒ **GRANTED**. The Clerk is **DIRECTED** to add Yitzchak Zelman, Esquire as counsel for Plaintiff, Anderson Forrest. Yitzchak Zelman, Esquire is **DIRECTED** to request ECF filing access using their PACER Account.[1]

☐ Denied

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).