**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**ALLENTOWN DIVISION**

| | |
|---|---|
| **ANDERSON FORREST,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al,**<br><br>**Defendant.** | **Case No: 5:26-cv-02358-JMG**<br><br>**<u>JOINT STATUS REPORT</u>** |

Plaintiff Anderson Forrest ("Plaintiff") and Defendant Equifax Information Services, LLC ("Defendant"), collectively the "Parties", by and through the undersigned counsel, and pursuant to this Court's September 24, 2026 Order, hereby submit the following Joint Status Report:

**(1) Early depositions:** The parties have tentatively blocked out December 2 and 3, 2026 for the party depositions. Because Equifax's national counsel will likely be filing an appearance in this action and handling those depositions, we are waiting on that attorney's appearance before finalizing those dates. In the event of conflicts with these dates, the parties intend to select other mutually agreeable dates in December. The parties are committed to completing deposition practice within the applicable fact discovery deadline established by the Scheduling Order.

**(2) Third-Party Subpoenas:** Plaintiff has not yet served any third-party subpoenas. Equifax recently served several thousand pages of discovery on the Plaintiff, and

Plaintiff is still evaluating whether a subpoena will be needed, after we complete our review of these records.

(3) **Overall Discovery Status:** The Parties continue to conduct discovery and confer regarding outstanding discovery matters. The Parties will continue to work cooperatively to complete discovery in accordance with the Court's scheduling order.

(4) **Settlement Discussions.** The Parties continue to engage in good-faith settlement discussions.

Dated: October 6, 2026

Respectfully submitted,

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Admitted Pro Hac Vice
yzelman@marcuszelman.com
/s/ Ari Marcus
Ari Marcus, Esq.
ari@marcuszelman.com
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(732) 695-3282
Attorneys for Plaintiff

/s/ Stacy A. Orvetz
Stacy A. Orvetz, Esq.
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
T: (215)864-8072
F: (215) 864-2476
sorvetz@clarkhill.com
Attorney for Defendant
Equifax Information Services, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **6th day of October 2026**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated: October 6, 2026

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.