**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDERSON FORREST,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 5:26-cv-02358-JMG |

**JOINT STATUS REPORT**

Plaintiff Anderson Forrest ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, and pursuant to this Court's September 21, 2026 Order (ECF No. 40) hereby submit the following Joint Status Report:

1. Plaintiff and Experian reached a settlement resolving the claims in this action.

2. On September 21, 2026, Plaintiff filed a Notice of Settlement as to Experian (ECF No. 37) advising the Court that the matter has settled and requesting sixty (60) days to finalize settlement documents and notify the Court of dismissal.

3. The parties are still in the process of exchanging and executing the necessary settlement documentation. In-house litigation counsel for Experian was also on paternity leave during the month of October, 2026 which necessitates the additional time needed to finalize the settlement documentation.

4. The parties will continue to work diligently toward completion of the settlement process.

5. The parties anticipate filing dismissal papers promptly upon completion of the settlement documentation, and respectfully request an additional thirty (30) days, through and including December 21, 2026, to finalize the settlement and file the dismissal papers.

Wherefore, Plaintiff and Experian respectfully request that the Court allow an additional thirty (30) days, through December 21, 2026, to finalize the settlement and file the dismissal papers, and grant such other relief as the Court deems necessary.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Ari Marcus*

Ari Marcus
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
732-695-3282

*Counsel for Plaintiff Anderson Forrest*

By: */s/ Lauren E. Lacey*

Lauren E. Lacey (Admitted *Pro Hac Vice*)
Troutman Pepper Locke, LLP
401 9th Street, N.W., Suite 1000,
Washington, D.C. 20004
Telephone: (202) 274-2950
Email: Lauren.Lacey@troutman.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDERSON FORREST,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and DISCOVER BANK,<br><br>Defendants. | Case No. 5:26-cv-02358-JMG |

**CERTIFICATE OF SERVICE**

I hereby certify that on this November 19, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Lauren E. Lacey*
Lauren E. Lacey

*Counsel for Defendant Experian Information Solutions Inc.*