**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDERSON FORREST :
Plaintiff, :
:
v. : Civil No.: 5:26-cv-02358-JMG
:
EXPERIAN INFORMATION SOLUTIONS, INC., :
*et al.*, :
Defendants. :

**NOTICE OF CANCELLATION**

**TAKE NOTICE**, that the Telephonic Status Conference scheduled for Tuesday, November 24, 2026 at 9:30 a.m. (ECF No. 44) is **CANCELLED**.

For the Court,

*/s/ Christine C. Stein*
Christine C. Stein
Deputy Clerk for Judge John M. Gallagher

Date of Notice: November 23, 2026